NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALBERTO RAFAEL DIEZ,                        )
                                            )
                Appellant,                  )
                                            )
v.                                          )        Case No. 2D18-4071
                                            )
STATE OF FLORIDA,                           )
                                            )
                Appellee.                   )
                                            )
_____ )

Opinion filed July 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Christine Greider, Judge.

Alberto Rafael Diez, pro se.


PER CURIAM.


                Affirmed.


VILLANTI, SLEET, and SMITH, JJ., Concur.